THE STATE OF OHIO, APPELLANT, *v.* MORRIS, APPELLEE.

[Cite as *State v. Morris* (1992), 64 Ohio St.3d 1204.]

(No. 91–1402—Submitted May 19, 1992—Decided July 1, 1992.)

*John F. Holcomb,* Prosecuting Attorney, *Daniel J. Gattermeyer* and *Daniel G. Eichel,* for appellant.

*Gary A. McGee,* for appellee.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I would allow this matter in on motion and reverse the judgment of the court of appeals.